[No. 11996–0–II.  Division Two.  March 19, 1990.]

WILLIAM SAMUEL JENSON, ET AL, *Appellants,* v. NEIL DAVID SCRIBNER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 85–2–00475–4, James I. Maddock, J., entered May 5, 1988. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Petrich, JJ. Now published at 57 Wn. App. 478.

[No. 9705–6–III.  Division Three.  March 20, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RICKY LYNN HALL, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88–1–01647–5, Stephen M. Brown, J., entered December 2, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.

[No. 9468–5–III.  Division Three.  March 20, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES ROY HORST, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 87–1–00476–1, Howard Hettinger, J., entered July 18, 1988. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.